# Court of Appeals
# of the State of Georgia

ATLANTA,  April 19, 2022

*The Court of Appeals hereby passes the following order:*

## A22D0313. CEDRIC WILLIAMS et al. v. EDNA C. HARRIS et al.

Cedric Williams and Kim Davis ("Applicants") wish to appeal the trial court's March 14, 2022 grant of Edna C. Harris's "Complaint for Ejectment and Dispossession under OCGA § 44-7-50," contending that the trial court erred by finding that they had breached the terms of their lease agreement with Harris. Applicants filed a motion for reconsideration, which the trial court denied on March 23, 2022. Thereafter, Applicants filed the current application for discretionary appeal on March 27, 2022.

Generally, an application for discretionary appeal must be filed within 30 days of entry of the order sought to be appealed. OCGA § 5-6-35 (d). But the underlying subject matter of an appeal controls over the relief sought in determining the proper appellate procedure. *Rebich v. Miles*, 264 Ga. 467, 467-468 (448 SE2d 192) (1994). The underlying subject matter here is a dispossessory action. OCGA § 44-7-56 provides that "any" appeal from a dispossessory judgment must be filed within seven days of the date the judgment was entered. *Ray M. Wright, Inc. v. Jones*, 239 Ga. App. 521, 522 (521 SE2d 456) (1999); see also *Radio Sandy Springs v. Allen Road Joint Venture*, 311 Ga. App. 334 (715 SE2d 752) (2011). In addition, the denial of a motion for reconsideration is not subject to appeal, and the filing of such a motion does not extend the time for filing an appeal. See *Luster v. Bank of America, N.A.*, 331 Ga. App. 510, 512 (769 SE2d 394) (2015).

Because this application was filed thirteen days after the trial court's order was entered, it is untimely. "The filing deadline is jurisdictional, and this [C]ourt is unable to accept an untimely application." *In the Interest of B. R. F.*, 338 Ga. App. 762, 762

(791 SE2d 859) (2016).

Accordingly, this application for discretionary appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 04/19/2022

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*